John M. Porter, SBN 62427
**LEWIS, BRISBOIS, BISGAARD & SMITH LLP**
650 E. Hospitality Lane, Suite 600
San Bernardino, CA 92408
Phone: (909) 387-1130
Fax: (909) 387-1138
porter@lbbslaw.com

Christopher D. Lockwood, SBN 110853
**Arias & Lockwood**
225 W. Hospitality Lane, Suite 314
San Bernardino, CA 92408
Phone: (909) 890-0125
Fax: (909) 890-0185
Christopher.Lockwood@ariaslockwood.com

Attorneys for defendant Steve De La Vara

JS-6

### DISTRICT COURT OF THE UNITED STATES
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO EDWARD CARDENAS, | CASE NO. EDCV 08-20 VAP (OPx) |
| Plaintiff, | [~~proposed~~] |
| v. | |
| ~~COUNTY OF RIVERSIDE~~, STEVE DE LA VARA, | JUDGMENT ON SPECIAL VERDICT |
| Defendant. | |

The above-entitled matter came on regularly for jury trial on June 9, 2009.

Andrew I. Roth and Dale K. Galipo appeared on behalf of plaintiff, Antonio Edward Cardenas.

John M. Porter and Christopher D. Lockwood appeared on behalf of defendant, Steve De La Vara.

Defendant County of Riverside was dismissed in prior proceedings.

A jury of 7 persons was impaneled. Opening statements were made. Witnesses testified and exhibits were admitted into evidence.

The jury was instructed in the law. Closing arguments were presented. The jury

1  was given final instructions and began its deliberations.

2       On June 15, 2009 the jury returned a unanimous Special Verdict, which is
3  quoted in relevant part:

5  **"Question No. 1**: Did Defendant Deputy De La Vara use excessive or
6  unreasonable force upon Plaintiff, Mr. Cardenas?
7      "**Answer**: No."

9      A true and correct redacted copy of said Special Verdict is attached hereto,
10 marked Exhibit "A" and incorporated herein by such reference.
11     Good cause appearing therefor
12     **IS IT ORDERED** that judgment is entered in favor of Defendant Steve De La
13 Vara and against Plaintiff Antonio Edward Cardenas, together with costs of suit
14 pursuant to a Memorandum of Costs to be filed.

16 DATED: August 23, 2009

                                          /s/ Virginia A. Phillips
                                          Hon. Virginia A. Phillips
                                          United States District Judge

20 PREPARED AND SUBMITTED BY:

23 John M. Porter
   LEWIS BRISBOIS BISGAARD & SMITH
   Attorneys for Defendant Steve De La Vara

# EXHIBIT A

Original

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO EDWARD CARDENAS,<br><br>        Plaintiff,<br><br>  v.<br><br>STEVE DE LA VARA,<br><br>        Defendant. | Case No. EDCV 08-00020-VAP (OPx)<br><br>**SPECIAL VERDICT FORM** |

We, the jury in the above entitled case, unanimously find as follows:

**Question No. 1:** Did Defendant Deputy De La Vara use excessive or unreasonable force upon Plaintiff Mr. Cardenas?

**Answer:**

    Yes ___   No ☒

If you answered "Yes," please answer Question No. 2. If you answered "No," please sign and date the Verdict Form.

1   **Question No. 2**:   Did Plaintiff Mr. Cardenas suffer
2   injury, damage, loss, or harm as a result of Defendant
3   Deputy De La Vara's use of excessive or unreasonable
4   force upon Plaintiff Mr. Cardenas?
5   **Answer**:
6       Yes ___   No ___
7   **If you answered "Yes," please answer Question No. 3.**
8   **If you answered "No," please sign and date the Verdict**
9   **Form.**
10
11  **Question No. 3**:   What do you find to be the amount of
12  damages suffered by Plaintiff Mr. Cardenas?
13      Answer with an amount of damages.
14  **Answer**:
15      Total:   $_____
16
17
18          **Please sign and date this form.**
19
20                                 PRESIDING JUROR'S
21  DATED:  *15 June 2009*
22                                 NAME REDACTED